Keith Fichtelman (SBN 262476)
**NELSON COMIS KETTLE & KINNEY LLP**
5811 Olivas Park Drive, Suite 202
Ventura, California 93003
Telephone: 805.604.4100
Facsimile: 805.604.4150
Email: kfichtelman@calattys.com

Attorneys for Plaintiff
ALEXEY SHAMRAEV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY SHAMRAEV, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC., a California Corporation; BYTEDANCE, INC., a Delaware Corporation; TIKTOK, LTD., a Cayman Islands Company; BYTEDANCE, LTD., a Cayman Islands Company;<br><br>Defendants. | Case No.: 2:22-cv-01811-SB-MAR<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Complaint Filed: 3/18/22<br>Trial (Proposed): 5/22/23 |

Plaintiff ALEXEY SHAMRAEV hereby requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that the Court dismiss his Complaint, with prejudice, against all Defendants following the Parties' agreement to settle all claims, with each Party bearing their own attorneys' fees and costs.

Dated: October 17, 2022                 **NELSON COMIS KETTLE & KINNEY LLP**

                                         By:  /s/ Keith Fichtelman
                                              _____
                                              Keith Fichtelman
                                              Attorneys for Plaintiff
                                              ALEXEY SHAMRAEV