JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY SHAMRAEV, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC., a California Corporation; BYTEDANCE, INC., a Delaware Corporation; TIKTOK, LTD., a Cayman Islands Company; BYTEDANCE, LTD., a Cayman Islands Company;<br><br>Defendants. | Case No.: 2:22-cv-01811-SB-MAR<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Complaint Filed: 3/18/22<br>Trial (Proposed): 5/22/23 |

Having received Plaintiff's request for voluntary dismissal, Dkt. No. 38, the Court hereby dismisses Plaintiff's Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) against all Defendants, with each Party bearing their own attorneys' fees and costs.

Dated: October 18, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL